

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00455-CV

Stephen **DAWSON**,
Appellant

v.

**WESTWOOD ESTATES MHP PARTNERS, LP**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV03056
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:        Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: October 30, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on September 2, 2024. On September 20, 2024, we ordered appellant to file his brief and to show cause in writing by September 30, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to respond to our show cause order and to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM